| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jenee K. Ciccarelli, Esq. (JC/0693)<br>Law Offices of Wenarsky & Goldstein, LLC<br>410 State Route 10 West, Suite 214<br>Ledgewood, NJ 07852<br>Phone: (973) 927-5100<br>Email: jenee@wg-attorneys.com<br>Attorney for Debtor | |
| In Re:<br><br>Patricia Wright,<br><br>          Debtor. | |

| | |
|---|---|
| Case No.: | 25-23061 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 1/8/26 |
| Judge: | John K. Sherwood |

## SUPPLEMENTAL CERTIFICATION OF SERVICE

1. I, __Nyrva Redmond__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jenee K. Ciccarelli, Esq.__, who represents __the Debtor__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __December 16, 2025__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Motion to Extend Automatic Stay
   Declaration of Debtor
   Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __December 16, 2025__     /s/ Nyrva Redmond
                                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd., Ste. 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>PO Box 683<br>Washington, DC 20044 | US Attorney General | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |