UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOODMAN LAW OFFICE LLC
By: Ellen M. Goodman, Esq.
100 Enterprise Drive, Suite 301
Rockaway, New Jersey 07866
(973) 370-3025
Attorneys for Creditor, Harmon Cove Towers I
Condominium Association, Inc.

In Re:

Patricia Elecia Wright

        Debtor.

Case No.:    25-23061

Chapter:    13

Judge:    John K. Sherwood

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Harmon Cove Towers I Condominium Association, Inc.. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Ellen M. Goodman, Esq.
**GOODMAN LAW OFFICE LLC**
100 Enterprise Drive, Suite 301
Rockaway, NJ 07866
ellen@ellengoodmanlawoffice.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: __December 29, 2025___        _/s/Ellen M. Goodman, Esq._____
                                                              Signature

*new.8/1/15*