UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Jenee K. Cicccarelli, Esq. (028182008)
Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel:  (973) 927-5100
Fax:(973) 927-5252
Jenee@wg-attorneys.com

Order Filed on January 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

    Patricia Wright,

                 Debtor

Case No.      25-23061
Chapter:         13
Adv. No:
Hearing Date:  1/8/2026
Judge:  John K. Sherwood

# ORDER GRANTING EXTENSION OF STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: January 13, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page Two**
Debtor: Patricia Wright
Case No. 25-23061
Caption: ORDER GRANTING EXTENSION OF STAY

---

**THIS MATTER,** having been opened to the Court on the motion of the Debtor(s), Patricia Wright, by and through counsel, Jenee K. Ciccarelli, Esq., seeking an Order pursuant to 11 U.S.C. §362(c)(3) extending the automatic stay beyond 30 days as to all creditors, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted as forth herein.

2. The automatic stay imposed by 11 U.S.C §362 and otherwise limited to 30 days by 11 U.S.C. §362(c)(3) is hereby extended to the life of the case as to all creditors unless and until otherwise ordered by this Court.

3. The prevailing party shall serve a copy of this Order on all parties.