UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(b)**

Jenee K. Cicccarelli, Esq. (028182008)
Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West
Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
Jenee@wg-attorneys.com

Order Filed on January 13, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Patricia Wright,

Debtor

Case No. 25-23061
Chapter: 13
Adv. No:
Hearing Date: 1/8/2026
Judge: John K. Sherwood

# ORDER GRANTING EXTENSION OF STAY

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: January 13, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

**Page Two**
Debtor: Patricia Wright
Case No. 25-23061
Caption: ORDER GRANTING EXTENSION OF STAY
_____

**THIS MATTER,** having been opened to the Court on the motion of the Debtor(s), Patricia Wright, by and through counsel, Jenee K. Ciccarelli, Esq., seeking an Order pursuant to 11 U.S.C. §362(c)(3) extending the automatic stay beyond 30 days as to all creditors, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted as forth herein.

2. The automatic stay imposed by 11 U.S.C §362 and otherwise limited to 30 days by 11 U.S.C. §362(c)(3) is hereby extended to the life of the case as to all creditors unless and until otherwise ordered by this Court.

3. The prevailing party shall serve a copy of this Order on all parties.

United States Bankruptcy Court

District of New Jersey

In re:  
Patricia Elecia Wright  
    Debtor

Case No. 25-23061-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1  
Date Rcvd: Jan 13, 2026      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Elecia Wright, 207 Harmon Cove Towers Unit 207, Secaucus, NJ 07094-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Elecia Wright jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5