UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

In Re:

 Patricia Wright,

 Debtor.

Case No.: ___25-23061-JKS___

Chapter: ___13___

Hearing Date: ___02/26/2026___

Judge: ___Sherwood___

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Secured Creditor's Objection to Confirmation (Docket # 21)

Date: _2/25/2026_____        /s/ Denise Carlon_____
                                                                Signature

*rev.8/1/15*