UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(b)

Jenee K Ciccarelli, Esq. (028182008)
Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax:(973) 927-5252
jenee@wg-attorneys.com

In re:

    Patricia Wright,

              Debtor

Case No. 25-23061

Chapter: 13

Judge: John K. Sherwood

| Recommended Local Forms: | ☒ Followed | ☐ Modified |
|---|---|---|

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, Patricia Wright, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on February 26, 2026.

2. The above-named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named Debtor has filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

**I certify under penalty of perjury that the foregoing is true and correct.**

DATED: 3/1/2026

                                                             Patricia Wright

DATED: _____

New 5/23/06.jml