UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (028182008)
Law Offices of Wenarsky & Goldstein, LLC
410 Route 10 West, Ste. 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252

**Order Filed on March 27, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:
Patricia Wright

| | |
|---|---|
| Case No.: | 25-23061 |
| Chapter: | 13 |
| Judge: | John K. Sherwood |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 27, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __1/13/26_____ :

Property: ____207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094_____

Creditor: ____M&T Bank_____

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by __Debtor_____ , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including ____6/29/2026_____ .

☐ The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2