UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOODMAN LAW OFFICE LLC
By: Ellen M. Goodman, Esq.
100 Enterprise Drive, Suite 301
Rockaway, New Jersey 07866
(973) 370-3025
Attorneys for Creditor, Harmon Cove Towers I Condominium
Association, Inc.

| | |
|---|---|
| In Re:<br><br>Patricia Wright,<br><br>        Debtor. | Case No.:    25-23061 (JKS)<br><br>Chapter:    13<br><br>Hearing Date: August 13, 2026<br><br>Judge:    John K. Sherwood |

## NOTICE OF MOTION
## FOR RELEIF FROM THE AUTOMATIC STAY

Harmon Cove Towers I Condominium Association, Inc. has filed papers with the Court to lift the automatic stay of real property located at 207 Harmon Cove Towers, Secaucus, New Jersey 07094.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

        Hearing Date:   August 13, 2026

        Hearing Time:   10:00 A.M.

        Hearing Location:   United States Bankruptcy Court
                           50 Walnut Street
                           Newark, New Jersey
        Courtroom Number:   3D

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Marie-Ann Greenberg, Trustee
30 Two Bridges Road
Suite 330
Fairfield, New Jersey 07004

You must also serve a copy of your response to all Parties listed in the attached Certification of Service.

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   June 29, 2026

_____
Ellen M. Goodman, Esq.
GOODMAN LAW OFFICE LLC
Attorneys for Harmon Cove Towers I
Condominium Association, Inc.

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOODMAN LAW OFFICE LLC
By: Ellen M. Goodman, Esq.
100 Enterprise Drive, Suite 301
Rockaway, New Jersey 07866
(973) 370-3025
Attorneys for Creditor, Harmon Cove Towers I
Condominium Association, Inc.

In Re:

Patricia Wright,

          Debtor.

Case No.:    25-23061 (JKS)

Chapter:    13

Hearing Date: August 13, 2026

Judge:    John K. Sherwood

## CERTIFICATION OF RICO PASAMBA

I, Rico Pasamba, Community Manager for Harmon Cove Towers I Condominium Association, Inc., in the above captioned case, submit this Certification in support of the Motion to Lift Automatic Stay of Real Property filed by counsel on June 29, 2026.

1.      Movant governs a high-rise condominium located in Secaucus, New Jersey known as Harmon Cove Towers I Condominium Association, Inc. (the "Association").

2.      Patricia Wright (the "Debtor") and Lamont Baker are the owners of 207 Harmon Cove Towers, Secaucus, New Jersey, 07094 (the "Unit").

3.      By virtue of the Debtor's ownership of the Unit, the Debtor is a member of the Association and subject to the terms of the Association's Master Deed and By-Laws ("Governing Documents").

4.      Pursuant to the Governing Documents, the Debtor is obligated to pay the Association an annual maintenance fee which is payable in monthly installments. The Debtor is

also obligated to pay any other charges or fees levied by the Association including late fees, attorneys fees and fines.

5.      Due to the Automatic Stay, Movant has been unable to protect its interest by placing a lien on the Unit and proceeding with a foreclosure action.

6.      The Debtor's post-petition balance (balance after December 10, 2025) with Movant is delinquent in the amount of **$9,841.70** as of June 24, 2026.  A breakdown of the balance is provided below in Schedule A.

### SCHEDULE A

| | |
|---|---|
| Monthly Maintenance from 01/01/2026 through and including 06/01/2026 (6 months x $1,435.42) | $ 8,612.52 |
| Late Fees due through 06/15/2026 | $ 129.18 |
| Fine for failure to have H06 Insurance | $ 300.00 |
| Noise Violation Fines | $ 300.00 |
| Legal Fees | $ 500.00 |
| **Total Amount Due the Association through June 24, 2026** | **$ 9,841.70** |

7.      Pursuant to the Debtor's ongoing obligation to pay the Association's assessments, charges and other fees as well as the Debtor's failure to pay any post-petition balance, Movant contends that cause exists to grant relief from the Automatic Stay.

8.      Movant has cause to have relief from the automatic stay immediately and such relief should not be subject to the fourteen-day period set forth in Bankruptcy Rule 4001(a)(3), as Movant will incur substantial additional costs and expenses by the imposition of said fourteen-day period.

I certify under the penalty of perjury that the foregoing information is true and correct.

Date: 6/25/26

RICO PASAMBA

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOODMAN LAW OFFICE LLC
By: Ellen M. Goodman, Esq.
100 Enterprise Drive, Suite 301
Rockaway, New Jersey 07866
(973) 370-3025
Attorneys for Creditor, Harmon Cove Towers I Condominium
Association, Inc.

In Re:

Patricia Wright,

              Debtor.

Case No.:     25-23061 (JKS)

Chapter:     13

Hearing Date:  August 13, 2026

Judge:      John K. Sherwood

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the court's consideration of this motion, as it does not involve complex issues of law.

Date:   June 29, 2026

_____
Ellen M. Goodman, Esq.
GOODMAN LAW OFFICE LLC
Attorneys for Harmon Cove Towers I
Condominium Association, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOODMAN LAW OFFICE LLC
By: Ellen M. Goodman, Esq.
100 Enterprise Drive, Suite 301
Rockaway, New Jersey 07866
Phone: (973) 370-3025
Attorneys for Creditor, Harmon Cove Towers I
Condominium Association, Inc.

In Re:

Patricia Wright,

　　　　　　Debtor.

Case No.:　　　　25-23061

Chapter:　　　　13

Adv. No.:　　　　Click or tap here to enter text.

Hearing Date:　　August 13, 2026

Judge:　　　　John K. Sherwood

## CERTIFICATION OF SERVICE

1.  I, Ellen M. Goodman, Esq.:

　　☒  represent the Creditor in this matter.

　　☐  am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here
　　to enter text. in this matter.

　　☐  am the Click or tap here to enter text.in this case and am representing myself.

2.　　On June 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed
　　in the chart below.

　　Notice of Motion to Lift Automatic Stay of Real Property
　　Certification in Support of Motion to Lift Automatic Stay of Real Property
　　Statement as to Why No Brief is Necessary

3.　　I certify under penalty of perjury that the above documents were sent using the mode of service
　　indicated.

Date:　　June 29, 2026　　　　　　　　　　　/s/Ellen M. Goodman, Esq.

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jenee K. Ciccarelli, Esq.<br>Ciccarelli Law, PC<br>239 New Road, A201<br>Parsippany, NJ 07054 | Counsel for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Patricia Wright<br>207 Harmon Cove Tower<br>Secaucus, NJ 07094 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2