UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (028182008)
Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Phone: (973) 927-5100
Fax: (973) 927-5252

In Re:
Patricia Wright

**Order Filed on July 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 25-23061

Chapter: 13

Judge: John K. Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 1/13/26                    :

Property:        207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094

Creditor:        M&T Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Debtor                        , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by                         , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 8/30/26                       .

☐ The Loss Mitigation Period is terminated, effective                        .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2