UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (028182008)
Law Offices of Wenarsky and Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Phone: (973) 927-5100
Fax: (973) 927-5252

In Re:
Patricia Wright

Order Filed on July 7, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     25-23061

Chapter:     13

Judge:     John K. Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on 1/13/26 _____ :

Property:        207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094

Creditor:        M&T Bank

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by Debtor _____ , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 8/30/26 _____ .

☐ The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 25-23061-JKS

Patricia Elecia Wright                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Patricia Elecia Wright, 207 Harmon Cove Towers Unit 207, Secaucus, NJ 07094-1704

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Ellen Miriam Goodman
    on behalf of Creditor Harmon Cove Towers I Condominium Association  Inc. ellen@ellengoodmanlawoffice.com

Jenee K. Ciccarelli
    on behalf of Debtor Patricia Elecia Wright jenee@wg-attorneys.com
    LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5