UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (028182008)
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Tel: (973) 927-5100
Fax: (973) 927-5252
jenee@wg-attorneys.com

In Re:

Patricia Wright

Case No.:        25-23061

Chapter:         13

Hearing Date:

Judge:           John K. Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Modified Chapter 13 Plan filed at Doc. No. 46.

Date: 7/22/26                          /s/ Jenee K. Ciccarelli
                                        Signature

*rev.8/1/15*