Form 186 – ntc13plnprior

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−23061−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Elecia Wright
aka Patricia E Simmons, aka Patricia Elicia
Simmons, dba Patricia Wright
207 Harmon Cove Towers Unit 207
Secaucus, NJ 07094

Social Security No.:
xxx−xx−1284

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 07/22/2026 and a confirmation hearing on the Modified Plan is scheduled for 8/27/2026 at 09:45 AM. Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.      The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

        A full copy of the modified Plan will follow this notice.

Dated: July 22, 2026
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-23061-JKS |
| Patricia Elecia Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 22, 2026 | Form ID: 186 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Elecia Wright, 207 Harmon Cove Towers Unit 207, Secaucus, NJ 07094-1704 |
| cr | + | Harmon Cove Towers I Condominium Association, Inc., Goodman Law Office LLC, 100 Enterprise Drive, Suite 301, Rockaway, NJ 07866-2129 |
| 520914500 | + | CHIME/STRIDE BANK NA, 324 W BROADWAY AVE, ENID, OK 73701-3838 |
| 520914503 | + | Goodman Law Office LLC, 100 Enterprise Drive Suite 2301, Rockaway, NJ 07866-2129 |
| 520914504 | + | Harmon Cove Towers I Condominium Assoc., 98 Harmon Cove Tower, Secaucus, NJ 07094-1753 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520956993 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 21:48:58 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520914498 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 22 2026 21:38:34 | CAPITAL ONE BANK USA, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 520914501 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 22 2026 21:35:00 | CHIMEFIN/STRIDE BANK, PO BOX 417, SAN FRANCISCO, CA 94104-0417 |
| 520914499 | + | Email/Text: cms-bk@cms-collect.com | Jul 22 2026 21:35:00 | Capitol Managment, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 520914502 | ^ | MEBN | Jul 22 2026 21:34:54 | DEBT REC SOL, 6800 JERICHO TURNPIKE, SYOSSET, NY 11791-4436 |
| 520914505 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2026 21:34:00 | IRS, Attn: Centralized Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520930914 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2026 21:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520914506 | ^ | MEBN | Jul 22 2026 21:35:21 | KML Law Group, PC, 701 Market Street, Philadelphia, NJ 19106-1538 |
| 520920956 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2026 21:48:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520914508 | | Email/Text: camanagement@mtb.com | Jul 22 2026 21:35:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520977560 | | Email/Text: camanagement@mtb.com | | |

| | | Jul 22 2026 21:35:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520914509 | Email/Text: bankruptcynotice@nymcu.org | Jul 22 2026 21:35:00 | MUNICIPAL CREDIT UNI, 185 MONTAGUE ST, BROOKLYN, NY 11201 |
| 520960125 | Email/Text: bankruptcynotice@nymcu.org | Jul 22 2026 21:35:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007 |
| 520914510 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 22 2026 21:38:37 | NAVIENT, PO BOX 9655, WILKES BARRE, PA 18773-9655 |
| 520914512 | ^ MEBN | Jul 22 2026 21:34:24 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520962280 | Email/Text: bnc-quantum@quantum3group.com | Jul 22 2026 21:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520914511 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 22 2026 21:34:00 | New Jersey Division of Taxation, Bankruptcy Unit, 3 John Fitch Way Fl. 5, Trenton, NJ 08695-0245 |
| 520948872 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 22 2026 21:34:00 | State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520914513 | Email/Text: bankruptcynotices@vivecard.com | Jul 22 2026 21:34:00 | VIVE FINANCIAL LLC, 380 W DATA DR STE 200, DRAPER, UT 84020 |
| 520976343 | + Email/PDF: ebn_ais@aisinfo.com | Jul 22 2026 21:48:59 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520914507 | ##+ | Lamont Baker, 207 Harmon Cove Towers Unit 207, Secaucus, NJ 07094-1704 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association  Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Elecia Wright jenee@wg-attorneys.com |

District/off: 0312-2                              User: admin                                    Page 3 of 3
Date Rcvd: Jul 22, 2026                          Form ID: 186                                   Total Noticed: 27

LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com

Marie-Ann Greenberg

magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5