Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25–23061–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Elecia Wright
aka Patricia E Simmons, aka Patricia Elicia
Simmons, dba Patricia Wright
207 Harmon Cove Towers Unit 207
Secaucus, NJ 07094

Social Security No.:
xxx–xx–1284

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/27/26 at 10:00 AM

to consider and act upon the following:

*51* – Application for Early Termination of Loss Mitigation Period. Filed by Matthew K. Fissel on behalf of M&T BANK. Objection deadline is 8/6/2026. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Fissel, Matthew)

*52* – Certification in Opposition to (related document:51 Application for Early Termination of Loss Mitigation Period. Filed by Matthew K. Fissel on behalf of M&T BANK. Objection deadline is 8/6/2026. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T BANK) filed by Jenee K. Ciccarelli on behalf of Patricia Elecia Wright. (Attachments: # 1 Certification William Paige, Certified Housing Counselor # 2 Certificate of Service) (Ciccarelli, Jenee)

Dated: 8/7/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court