Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−23061−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Elecia Wright
aka Patricia E Simmons, aka Patricia Elicia
Simmons, dba Patricia Wright
207 Harmon Cove Towers Unit 207
Secaucus, NJ 07094

Social Security No.:
xxx−xx−1284

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/27/26 at 10:00 AM

to consider and act upon the following:

***51*** − Application for Early Termination of Loss Mitigation Period. Filed by Matthew K. Fissel on behalf of M&T BANK. Objection deadline is 8/6/2026. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Fissel, Matthew)

***52*** − Certification in Opposition to (related document:51 Application for Early Termination of Loss Mitigation Period. Filed by Matthew K. Fissel on behalf of M&T BANK. Objection deadline is 8/6/2026. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor M&T BANK) filed by Jenee K. Ciccarelli on behalf of Patricia Elecia Wright. (Attachments: # 1 Certification William Paige, Certified Housing Counselor # 2 Certificate of Service) (Ciccarelli, Jenee)

Dated: 8/7/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-23061-JKS

Patricia Elecia Wright Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2

Date Rcvd: Aug 07, 2026 Form ID: ntchrgbk Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Elecia Wright, 207 Harmon Cove Towers Unit 207, Secaucus, NJ 07094-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Elecia Wright jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com;dontas@wg-attorneys.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5